To The Federal Court Clerk

SA21CA0314 XR

My Name is patrick Cavanagh TDCJ#02336053 Im An Inmate At the Byrd unit In Huntsville TX Im an Inmate That Is legely Blind and Sufer From A Number of Cronic Medical Conditions as well as Menteal health and Learning Disabilites as well as A Frontel Left lobe disfuntion and my mobility Is very limited as well Be Cuse of Past and Current Stroke. Sence Iv Ben here Iv made A Number of Requist Thou; All Department from Law LiBrary, Wordens office, Sacal Aligey, Education Comisary, Inmat Trust Fund, as well as Parole, and, Medical, And The Sargents Desk And Lt Office and Clasificaiton, as well as the Chaplen Thase Requist have Ben made Sense my Arival on Feb-23 2021, with No help as of this day March-15, 2021. On march 7th I sufed From Chest pain and Left side of my Body weakness I was Talk to like I was A peace of gaBage the TRAnfard to the Local hospitel where I was Addmited for Care From 3-7-21 to 3-12-21 During that hole time I was Shackedd at

FILED MAR 29 2021 CLERK US DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY _____ DEPUTY

my ankels with a chain that ran to my wrest that atached to a set of hadcuffs that was locked to my Left and Right wrest with a Black Box atatched to the handcuffs with a padlock that atached to the handcuffs And Black Box and the Chain that atached to the leg Irans witch Restrected my moument Ducing the whole time Ducing my stay At the Hospital not one Time was my Resteants Removed 24-7, they where So tite I could not move When I had meals I was Also Resticted from eating my meals Entioly when I had Phisical therapy and speech therapy the Resteants were Steel atached to my Body So I was unable to Baniffit From the therapy that would help me fully Recover So I was Informed Tha A Rextaminaitor would Be made For me to Ressue A Walker A Blind Cane And Regular cane and fited shoe with a Brace as well as further Phisical therapy And to Be Emedeatly transferd to A Medical unit - Enfirmary And A wheelchaire But All that was Echnoede And I was Brout Back to the Regular unit

The Byrd Unit apon my arival I was plased In Administated segagaiby lockdown 24-7 with NO kind of help or Assistance At All. Allso wyle I was in pain at the hospital I was Refused any kind of Shower or Byrd Bathing Any time I would ask I was told No And to keep my mouth shout when I Requsted Aaoe. I was Cused At By Both gaurd And Sargents working the hospital these gaurd & ranking officers where Employes of TDCJ The hospital word that I was on was A prison word with in the Privet hospital locked word with lots of gaurds I was told I would Be Flat lined If I countinued to Requst Assistance or Requird to Bath I hade yet to Bath or Shower As of this day From March 7, 2021 - March 14, 2021 as well as 4 days pryor to the 7th of march. My feet & hands and wrest are Suvely Beased & swollon Becuse of the full week of Being chaind. I Feel my medical Condition has Become worsend or permend Becuse of the Lack of Care & restrant I contenue to have to this day Im asking The courts for A 2.2 million doller claim as well as proper medical care & to Be treated like A

human. Im A Non violant offinder that has made A mistake In my life And Becuse of that mistake I should Not Be treated Like a peice of garbage or A caged Animal with No help or Assistance with my Numras Medical & Lacning & phisical Condisions I Feel that Im Being Set up to fail within the Sysstem I would like to use this time to Lern from my mistake & move Fowrd In life And Be A prdative Citacen I Broh A law to Trufuly help me pay for A lot of my medical needs & medicitons I Realy didnt have the resorses to do that on my own. I was one person that was Providing care to Both my parints who Both are also medicly Ill Tarmorly so I Could not Ask for there help They could not help me fivacaly Plus My Reguler Bills & my personal need not wants As well as my childrens needs. All I Ask the Court for Is to give the Awarded sum Im asking for & to Inpose The TDCJ warden & gourds to Follow the laws set By the US govrment & State And to treat me like A human and Assist me with the proper medical & phisical need I need as well

As any assistance for my mental health & vissonl needs under the ADA like Large Print meterral Adeol & visal tools as well as my medical devices as such as walker Blind cane & reguler cane as well as fitted shoes with leg splint for proper movement and Glasses to protect my eyes from irotition eon strong lite as well as well as proper devises like talking watch clock black lined paper 20/20 pins for wrighting and a CCTU for reading or a reader that reads to me as well as Large Print meterels that would help me understand the reals practises and posisees with in the TDCJ Prison Sysstem witch others-resevo in smaller point than normal I would like to ask that they are to follow the recbmiditegs of the Dr. and phisicl theropist and place me where I can reseve proper care I also have heat restrics witch they are not following as well witch could worsen my conditon. I would like to thaot you in this matter.