UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **PATRICK F. CAVANAGH,** **TDCJ #02336083,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | SA-21-CV-00314-XR |
| **TEXAS DEPARTMENT OF, CRIMINAL JUSTICE,** | § § § § | |
| **Defendant.** | § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of this Court's Order dismissing Plaintiff Patrick F. Cavanagh's *pro se* 42 U.S.C. § 1983 Civil Rights Complaint pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and comply with the Court's Orders, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Patrick F. Cavanagh's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's Orders.

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 16th day of July, 2021.

Xavier Rodriguez
United States District Judge